920

Alvin E. DAVIS, Plaintiff-Appellee-
Cross Appellant,

v.

ASSOCIATED PIPE LINE CONTRAC-
TORS, INC., Travelers Insurance Com-
pany, and J. Ray McDermott & Com-
pany, Inc., Defendant-Third Party Plain-
tiff-Appellant-Cross Appellee,

v.

OFFSHORE CREWBOATS, INC., Third-
Party Defendant-Appellee.

No. 27475.

United States Court of Appeals
Fifth Circuit.

Nov. 13, 1969.

Rehearing Denied Dec. 16, 1969.

Edmund E. Woodley, Meredith T. Holt, Holt & Woodley, Lake Charles, La., for defendant-appellants.

Baggett, Hawsey & McClain, Lake Charles, La., for Alvin E. Davis, appellee-appellant; Wm. B. Baggett, Lake Charles, La., of counsel.

Benjamin W. Yancey, Francis Emmett, Bruce W. Dinwiddie, New Orleans, La., Terriberry, Carroll, Yancey & Farrell, New Orleans, La., of counsel, for Offshore Crewboats, Inc., third-party defendant-appellee.

Before RIVES, BELL and DYER, Circuit Judges.

PER CURIAM:

We are convinced that the carefully written opinion of the District Court, 305 F.Supp. 1345, correctly disposes of all the issues raised on appeal by the respective parties. The judgment is

Affirmed.

Madeleine C. HACKMAN, Petitioner-
Appellant,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent-Appellee.

Madeleine C. HACKMAN et al.,
Petitioners-Appellants,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent-Appellee.

Nos. 19368, 19369.

United States Court of Appeals
Sixth Circuit.

Dec. 18, 1969.

Madeleine C. Hackman, in pro per.

Michael H. Singer, Dept. of Justice, Washington, D. C., Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, Bennett N. Hollander, Daniel B. Rosenbaum, Attys., Dept. of Justice, Washington, D. C., on brief, for appellee.

Before WEICK, CELEBREZZE and McCREE, Circuit Judges.

ORDER

Upon consideration of the briefs, oral argument and record, the Court is of the opinion that the petitioners did not sustain the burden of proof upon them to establish their claim that the determinations of deficiencies against them by the Respondent Commissioner of Internal Revenue, were erroneous.

It is therefore ordered that the decisions of the Tax Court of the United States be and they are hereby affirmed.